**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7270**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL WAYNE WAMER,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Falcon B. Hawkins, Chief District
Judge.  (CR-96-984, CA-98-1455-2-11)

_____

Submitted:  October 20, 1998       Decided:  November 4, 1998

_____

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Daniel Wayne Wamer, Appellant Pro Se.  Miller Williams Shealy, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Wayne Wamer seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Wamer, Nos. CR-96-984; CA-98-1455-2-11 (D.S.C. Aug. 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2